# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

WILLIE TIDWELL,                                                                 PLAINTIFF
#1410-19

v.                                4:20CV01419-JM-JTK

HARRIS, et al.                                                 DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 19th day of January, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE